MCGUIREWOODS LLP
SABINA A. HELTON #150976
LEE G. HAMMER #219909
Email: shelton@mcguirewoods.com
Email: lhammer@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Counsel for Defendants, Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc. and ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| DAVID P. GRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.,<br><br>Defendants. | Case No. 4:12-cv-00736-DMR<br><br>**STIPULATION FOR 90 DAY STAY AND [PROPOSED]ORDER** AS MODIFIED |

Subject to the approval of this Court, Plaintiff David P. Graham ("Plaintiff") and Defendants, Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc. and ReconTrust Company, N.A (collectively, "Defendants") hereby submit this Stipulation (the "Stipulation") regarding the above-captioned matter.

**RECITALS**

1. Plaintiff filed a lawsuit against Defendants in the above-captioned Court on or about February 15, 2012;

2. Plaintiff and Defendants have agreed that the above-captioned matter will be stayed

for 90 days from the date of the Court's order approving this stipulation ("the Stay Expiration Date"). The purpose of this stay is to allow the parties to facilitate investigation of the alleged claims, to explore the possibility of entering into a settlement before expending time, avoid expenses and judicial resources in connection with the present litigation, and to allow sufficient time for the settlement process to be conducted prior to the onset of litigation;

3. Any outstanding responses, including a response to the complaint, motions, hearings, or other litigation will be stayed until the Stay Expiration Date; and

4. For purposes of filing a responsive pleading, Defendants will be deemed served on the Stay Expiration Date. If settlement negotiations are not concluded within 90 days, Defendants' time to plead will be deemed extended until 30 days after the Stay Expiration Date.

IT IS SO STIPULATED.

Dated: April 12, 2012          By: /s/ Sabina A. Helton
                                    Sabina A. Helton
                                    Attorneys for Defendants

Dated: April 12, 2012          By: Michael Yesk
                                    (Digitally signed by Michael Yesk
                                    DN: cn=Michael Yesk, c=US,
                                    o=Yesk Law,
                                    email=yesklaw@gmail.com
                                    Date: 2012.04.12 07:18:53 -07'00')
                                    Michael Yesk
                                    Attorney for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

1. The above-captioned matter is stayed for 90 days from the date of this Order ("the Stay Expiration Date"). The purpose of this stay is to allow the parties to facilitate investigation of the alleged claims, to explore the possibility of entering into a settlement before expending time, expense and judicial resources in connection with the present litigation, and to allow sufficient time for the settlement negotiations to be conducted prior to the onset of litigation; and

2. For purposes of filing a responsive pleading, Defendants will be deemed served on the Stay Expiration Date. If settlement negotiations are not concluded within 90 days, Defendants' time to plead will be deemed extended until 30 days after the Stay Expiration date.

IT IS FURTHER ORDERED that the case's management conference is continued to: 9/12/12 at 1:30 p.m. in Courtroom 4, USDistrict Court, 1301 Clay St, Oakland, CA.

DATE: April 25, 2012

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically filed the foregoing **STIPULATION FOR 90 DAY STAY AND [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.


By: /s/ Sabina A. Helton