1 | Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
2 | Pleasant Hill, CA 94523
510-909-9700
3 | yesklaw@gmail.com
Attorney for Plaintiffs
4

5 | UNITED STATES DISTRICT COURT

6 | NORTHERN DISTRICT OF CALIFORNIA

7

8 | DAVID P. GRAHAM,                        ) Case No.: CV12-0736
                                          )
                                          ) ORDER ON
9 |            Plaintiff,                  ) STIPULATION FOR DISMISSAL
                                          ) WITHOUT PREJUDICE
                                          )
10 |       vs.                             )
                                          )
11 | BANK OF AMERICA, N.A.; BAC HOME       )
LOANS SERVICING, LP; MERS and             )
12 | RECONTRUST COMPANY, N.A.              )
                                          )
13 |           Defendants                 )

14

15 |        Plaintiff David P. Graham, (hereinafter "Plaintiff"), by and through their counsel of

16 | record, and defendants Bank of America, N.A. and BAC Home Loans Servicing, LP

17 | ("Defendant"), by and through its counsel record, hereby stipulate as follows:

18 |        The Plaintiff hereby agrees to Dismiss the above-captioned case without prejudice as to

19 | each named Defendant herein.  Those parties not yet served, MERS and RECONTRUST. N.A.

20 | will also be dismissed without prejudice.  Each party to bear their own costs and fees.

21 | [This Space Intentionally Left Blank]

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

STIPULATION FOR DISMISSAL - 1

1

2   Dated: June 18, 2012               Respectfully submitted,

**McGuireWoods, LP**

3                               By: */s/ Sabina A. Helton*

4                            Sabina A. Helton

Attorneys for Defendants

5                       Bank of America, N.A. and BAC Home

Loans Servicing,LP

6

7

8                **YESK LAW**

                           By: */s/ Michael James Yesk*

9                          Michael James Yesk

Attorneys for Plaintiff

10

11

12

13                             **[PROPOSED] ORDER**

14        Based on the parties' Joint Stipulation, pursuant to Local Rules 6-1 and 6-2, and good

cause appearing,

15        **IT IS ORDERED** that

16

17        The case is dismissed without prejudice, each side to bear its own costs and fees.

18

    Dated   June 20  ,2012

19



20        Judge of the United States District Court,

Northern District of California

21

22

23

24

25

26