1  Michael Yesk (SB#130056)
2  70 Doray Dr., Suite 16
   Pleasant Hill, CA 94523
3  510-909-9700
   yesklaw@gmail.com
4  Attorney for Plaintiffs

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  DAVID P. GRAHAM,                    ) Case No.: CV12-0736
                                        ) ORDER ON
9              Plaintiff,               ) STIPULATION FOR DISMISSAL
                                        ) WITHOUT PREJUDICE
10     vs.                              )
                                        )
11 BANK OF AMERICA, N.A.; BAC HOME      )
   LOANS SERVICING, LP; MERS and        )
12 RECONTRUST COMPANY, N.A.             )
                                        )
13             Defendants               )

14

15     Plaintiff David P. Graham, (hereinafter "Plaintiff"), by and through their counsel of

16 record, and defendants Bank of America, N.A. and BAC Home Loans Servicing, LP

17 ("Defendant"), by and through its counsel record, hereby stipulate as follows:

18     The Plaintiff hereby agrees to Dismiss the above-captioned case without prejudice as to

19 each named Defendant herein. Those parties not yet served, MERS and RECONTRUST. N.A.

20 will also be dismissed without prejudice. Each party to bear their own costs and fees.

21 [This Space Intentionally Left Blank]

22 ///

23 ///

24 ///

25 ///

26 ///

STIPULATION FOR DISMISSAL - 1

Dated: June 18, 2012

Respectfully submitted,
**McGuireWoods, LP**
By: */s/ Sabina A. Helton*
Sabina A. Helton
Attorneys for Defendants
Bank of America, N.A. and BAC Home Loans Servicing, LP

**YESK LAW**
By: */s/ Michael James Yesk*
Michael James Yesk
Attorneys for Plaintiff

## [PROPOSED] ORDER

Based on the parties' Joint Stipulation, pursuant to Local Rules 6-1 and 6-2, and good cause appearing,

**IT IS ORDERED** that

The case is dismissed without prejudice, each side to bear its own costs and fees.

Dated  June 20 , 2012

_____
Judge of the United States District Court,
Northern District of California



STIPULATION FOR DISMISSAL - 2